UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SANDRA WALMSLEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>THE BIER HAUS, LLC and MARSHALL )<br>URSTADT, Individually and as officer )<br>The Bier Haus, LLC, )<br>)<br>Defendants, )<br>)<br>) | CASE NO. 4:14CV-057 |

## ORDER

By consent of the parties as filed with the Court, this case is hereby **DISMISSED** with prejudice. The Clerk is directed to close this case.

**SO ORDERED** this 22nd day of January 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia